UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Dana Nessel

      Plaintiff(s),      Case No. 21-cv-

v.

Enbridge Energy, Limited Partnership, et al.

      Defendant(s).

_____ /

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,     Enbridge Energy Company, Inc.
makes the following disclosure:                         (Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☑ Yes ☐ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Enbridge Energy Company, Inc. is owned by Enbridge (U.S.) Inc., which is an indirect subsidiary of Enbridge Inc., a Canadian public corporation that trades in the United States on the New York Stock Exchange.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☑ Yes ☐ No
   If yes, identify all such owners:

   See response above.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☑ Yes ☐ No
   If yes, identify entity and nature of interest:

   See response above.

Date: 12/15/2021                      /s/ Peter H. Ellsworth
                                                     (Signature)
                                             Peter H. Ellsworth (P23657)
                                             Dickinson Wright PLLC
                                             123 W. Allegan Street, Suite 900
                                             Lansing, Michigan 48933
                                             pellsworth@dickinsonwright.com