# Exhibit 1

**Proposed Schedules for Briefing Plaintiff's Motion to Remand**

| Action | Enbridge's proposed schedule<br>_____<br>L.R. 7.2(c), plus 7 days added on both ends for amicus | State's proposed Schedule |
|---|---|---|
| Plaintiff's remand motion due | January 14 (proposed by State) | January 14 (proposed by State) |
| *Amicus brief in support of plaintiff's remand motion | 7 days from initial motion | 14 days from initial motion |
| Response by the Enbridge Defendants to the remand motion | 28 days from amicus | 14 days from initial motion |
| *Amicus brief in support of the Enbridge Defendants | 7 days from response | 7 days from response |
| Any reply brief of the plaintiff due | 14 days from amicus | 7 days from response |

*Regarding amicus submissions, Enbridge proposes that the Court approve a schedule that allows a single amicus brief per side without further leave of Court. Any additional amici would be required to seek leave of Court.

Dates shown are for <u>service</u> of the papers in question. Papers will be filed with the Court upon completion of the schedule.