UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL,

    Plaintiff,

v.

ENBRIDGE ENERGY LIMITED
PARTNERSHIP, et al.,

    Defendants.

_____/

Case No. 1:21-cv-1057

HON. JANET T. NEFF

## **ORDER**

Pending before the Court is Plaintiff's request for a pre-motion conference, proposing to file a motion to remand (ECF No. 7), a request that Defendants do not oppose. (ECF No. 8). Having reviewed the parties' pre-motion conference papers and being familiar with the case circumstances, the Court will issue a briefing schedule without the usual conference. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall proceed with briefing the motion to remand in accordance with the following schedule:

(1) Plaintiff's Motion and Brief, limited to 25 pages, shall be served and a proof of service filed not later than February 2, 2022;

(2) Defendants' Response, limited to 25 pages, shall be served and a proof of service filed within 28 days of service of the Motion;

(3) Plaintiff's Reply, limited to 10 pages, shall be served and a proof of service filed within 14 days of service of the Response; and

(4) The parties shall electronically file their respective motion papers as soon as the motion is fully briefed.

**IT IS FURTHER ORDERED** that Plaintiff shall raise all jurisdictional issues that could support a remand in the Motion and Brief.

**IT IS FURTHER ORDERED** that the parties shall adhere to this Court's February 9, 2016, Administrative Order No. 16-MS0-017 when referencing a page of the record.

**IT IS FURTHER ORDERED** that Plaintiff shall provide chambers with one three-ring binder containing one-sided paper courtesy copies of the motion to remand, the response, and the reply, after electronic filing (i.e., with the header) and properly tabbed. The binder shall be submitted directly to Judge Neff's chambers.

**IT IS FURTHER ORDERED** The parties shall otherwise adhere to the requirements for briefing and filing dispositive motions, as set forth in Judge Neff's Information and Guidelines for Civil Practice, available on the Court's website (www.miwd.uscourts.gov).

Dated: January 5, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge