# EXHIBIT 1

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

| Case Number | Status | Judge |
|---|---|---|
| 19-000474-CE-C30 | OPEN | JAMO, JAMES S |

| In The Matter Of | | | Action |
|---|---|---|---|
| ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al | | | COMPLAINT W/SUMMONS |

| Party | Type | Attorneys |
|---|---|---|
| ATTY GEN MI<br>525 W OTTAWA ST FL 6<br>PO BOX 30755<br>LANSING, MI 48933 | PLNTF | MANNING, S. PETER<br>ASSISTANT ATTORNEY GENERAL<br>P. O. BOX 30755<br>LANSING, MI 48909 |
| ENBRIDGE ENERGY COMPANY, INC | DFNDT | ELLSWORTH, PETER H.<br><br>215 S WASHINGTON SQ #200<br>LANSING, MI 48933 |
| ENBRIDGE ENERGY PARTNERS, L.P | DFNDT | ELLSWORTH, PETER H.<br><br>215 S WASHINGTON SQ #200<br>LANSING, MI 48933 |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP | DFNDT | ELLSWORTH, PETER H.<br><br>215 S WASHINGTON SQ #200<br>LANSING, MI 48933 |
| AMICUS SIERRA CLUB | INPTY | |

| Opened<br>06/27/2019 | Judgment Date | Case Type<br>CE - ENVIRONMENT |
|---|---|---|

Comments:

| No. | Date of Filing | Operator | Pleadings and Actions<br>Journal Book-Page-Nbr   Ref Nbr | Original Amt Due/<br>Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 1 | 12/16/21 | JLILES | EVENT CANCELLED<br>The following event: STATUS CONFERENCE scheduled for 01/07/2022 at 2:00 pm has been resulted as follows:<br><br>Result: CANCELLED<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br>Result Staff:<br>   Staff: COURT REPORTER: WERNER, KELLI<br>Certification Number: 6610 | 0.00 | 0.00 |
| 2 | 12/15/21 | DMIRACLE | NOTICE OF FILING OF NOTICE OF REMOVAL-W/PS | 0.00 | 0.00 |
| 3 | 11/30/21 | JLILES | HEARING SET:<br>Event: STATUS CONFERENCE<br>Date: 01/07/2022    Time: 2:00 pm<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br><br>Result: CANCELLED | 0.00 | 0.00 |

Date: 12/16/2021  15:55:23
MIJR5926
Case 1:21-cv-01057-JTN-RSK  ECF No. 11-1, PageID.306  Filed 01/14/22  Page 3 of 16
Register of Actions
Detail
Page: 2

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

---

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr  Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 4 | 08/18/21 | KAMILTON 1 | NOTICE (JOINT STATUS REPORT) | 0.00 | 0.00 |
| 5 | 08/18/21 | KAMILTON 1 | NOTICE (JOINT STATUS REPORT) | 0.00 | 0.00 |
| 6 | 07/28/21 | KAMILTON 1 | ORDER THAT JOINT STIPULATED WRITTEN STATUS UPDATE BE PROVIDED TO THIS COURT BEFORE 8-18-21 | 0.00 | 0.00 |
| 7 | 02/26/21 | WRIGHTT | JOINT INTERIM STATUS REPORT | 0.00 | 0.00 |
| 8 | 01/20/21 | KAMILTON 1 | ORDER THAT PROCEEDINGS IN THIS CASE SHALL BE HELD IN ABEYANCE UNTIL FURTHER ORDER OF THIS COURT | 0.00 | 0.00 |
| 9 | 01/15/21 | JLILES | HELD BUT NOT ON THE RECORD<br>The following event: STATUS CONFERENCE scheduled for 01/15/2021 at 9:00 am has been resulted as follows:<br><br>Result: HELD BUT NOT ON RECORD<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br>Result Staff:<br>   Staff:  COURT REPORTER: WERNER, KELLI<br>Certification Number:  6610 | 0.00 | 0.00 |
| 10 | 12/28/20 | JLILES | HEARING SET:<br>Event: STATUS CONFERENCE<br>Date: 01/15/2021    Time: 9:00 am<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br><br>Result: HELD BUT NOT ON RECORD | 0.00 | 0.00 |
| 11 | 09/24/20 | KAMILTON 1 | STIPULATION AND ORDER OF THE PARTIES AND PROPOSED ORDER TO AMEND THE THIRD TEMPORARY RESTRAINING ORDER AND FULLY RESOLVE THE PENDING MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIONS | 0.00 | 0.00 |
| 12 | 09/23/20 | KAMILTON 1 | PROOF OF SERVICE ON 092420 A COPY OF STIP & ORDER BY EMAIL UPON ATTY GENERAL | 0.00 | 0.00 |
| 13 | 09/18/20 | KAMILTON 1 | PROOF OF SERVICE ON 091820 A COPY OF (9-18-20 JOINT STATUS REPORT) BY MAIL UPON PARTIES OF RECORD | 0.00 | 0.00 |
| 14 | 09/18/20 | KAMILTON 1 | PROOF OF SERVICE ON 091820 A COPY OF (SEPTEMBER 18, 2020 JOINT STATUS REPORT) | 0.00 | 0.00 |

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr  Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 15 | 09/11/20 | KAMILTON 1 | PROOF OF SERVICE ON 091120 A COPY OF STATUS REPORT BY MAIL UPON PARTIES OF RECORD (STATUS REPORT) | 0.00 | 0.00 |
| 16 | 09/09/20 | KAMILTON 1 | STIPULATION TO MODIFY SECOND AMENDED TEMPORARY RESTRAINING ORDER TO ALLOW FOR RESTART OF EAST LINE IN ACCORDANCE WITH PHMSA SEPTEMBER 4, 2020 LETTER | 0.00 | 0.00 |
| 17 | 08/25/20 | KAMILTON 1 | NOTICE OF COMPLETION OF IN LINE INSPECTION ON THE EAST PIPELINE | 0.00 | 0.00 |
| 18 | 08/24/20 | KAMILTON 1 | ORDER SECOND AMENDED TEMPORARY RESTRAINING ORDER | 0.00 | 0.00 |
| 19 | 08/03/20 | KSMITH | HELD BUT NOT ON THE RECORD<br>The following event: STATUS CONFERENCE scheduled for 08/03/2020 at 1:30 pm has been resulted as follows:<br><br>Result: HELD BUT NOT ON RECORD<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br>Result Staff:<br>   Staff: COURT REPORTER: DEXTER, MELINDA<br>Certification Number: 4629 | 0.00 | 0.00 |
| 20 | 07/31/20 | KSMITH | HEARING SET:<br>Event: STATUS CONFERENCE<br>Date: 08/03/2020    Time: 1:30 pm<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br><br>Result: HELD BUT NOT ON RECORD | 0.00 | 0.00 |
| 21 | 07/27/20 | TSMITH | DEF 7-27-20 STATUS REPORT | 0.00 | 0.00 |
| 22 | 07/20/20 | KSMITH | HELD BUT NOT ON THE RECORD<br>The following event: STATUS CONFERENCE scheduled for 07/20/2020 at 3:30 pm has been resulted as follows:<br><br>Result: HELD BUT NOT ON RECORD<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br>Result Staff:<br>   Staff: COURT REPORTER: DEXTER, MELINDA<br>Certification Number: 4629 | 0.00 | 0.00 |
| 23 | 07/20/20 | KAMILTON 1 | NOTICE OF DF'S JULY 17, 2020 STATUS REPORT W/PS | 0.00 | 0.00 |

19-000474-CE-C30   ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr   Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 24 | 07/20/20 | KSMITH | HEARING SET: | 0.00 | 0.00 |
|  |  |  | The following event: STATUS CONFERENCE scheduled for 07/20/2020 at 11:00 am has been rescheduled as follows: |  |  |
|  |  |  | Event: STATUS CONFERENCE  Date: 07/20/2020   Time: 3:30 pm  Judge: JAMO, JAMES S   Location: COURTROOM 7 - VETERANS MEMORIAL |  |  |
|  |  |  | Result: HELD BUT NOT ON RECORD |  |  |
| 25 | 07/20/20 | KSMITH | HEARING ADJOURNED  The following event: STATUS CONFERENCE scheduled for 07/20/2020 at 11:00 am has been resulted as follows: | 0.00 | 0.00 |
|  |  |  | Result: C30 ADJOURNED  Judge: JAMO, JAMES S   Location: COURTROOM 7 - VETERANS MEMORIAL  Result Staff:    Staff:  COURT REPORTER: DEXTER, MELINDA  Certification Number:  4629 |  |  |
| 26 | 07/13/20 | KSMITH | HEARING SET:  Event: STATUS CONFERENCE  Date: 07/20/2020   Time: 11:00 am  Judge: JAMO, JAMES S   Location: COURTROOM 7 - VETERANS MEMORIAL | 0.00 | 0.00 |
|  |  |  | Result: C30 ADJOURNED |  |  |
| 27 | 07/09/20 | KAMILTON 1 | DFS NOTICE REGARDING  IN LINE INSPECTION RESULTS FOR WEST PIPELINE FEATURE OF INTEREST - W/PS | 0.00 | 0.00 |
| 28 | 07/09/20 | JWHORTON | MOTION FEE   Receipt: 467238   Date: 07/09/2020 | 20.00 | 0.00 |
| 29 | 07/08/20 | RBUCK | TRANSCRIPT OF PROCEEDINGS - JUNE 30, 2020  HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION | 0.00 | 0.00 |
| 30 | 07/07/20 | KAMILTON 1 | JOINT STATUS REPORT AND STIPULATION REGARDING LIST OF DOCUMENTS TO BE PRODUCED AS PROVIDED IN AMENDED TEMPORARY RESTRAINING ORDER DATED JULY 1, 2020 | 0.00 | 0.00 |
| 31 | 07/07/20 | KAMILTON 1 | PL'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DFS MOTION FOR SUMMARY DISPOSITION W/PS | 0.00 | 0.00 |
| 32 | 07/01/20 | KAMILTON 1 | AMENDED TEMPORARY RESTRAINING ORDER | 0.00 | 0.00 |

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

---

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr    Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 33 | 07/01/20 | WRIGHTT | AMENDED TEMPORARY RESTRAINING ORDER | 0.00 | 0.00 |
| 34 | 07/01/20 | WRIGHTT | NOTICE OF DEF'S SUPPLEMENTAL SUBMISSION OF ADDITIONAL MATERIALS REFERENCED DURING JUNE 30, 2020 PRELIMINARY INJUNCTION HEARING | 0.00 | 0.00 |
| 35 | 06/30/20 | KSMITH | HEARING HELD ON THE RECORD<br>The following event: MOTION FOR INJUNCTION/TRO scheduled for 06/30/2020 at 1:30 pm has been resulted as follows:<br><br>Result: HEARING HELD ON THE RECORD<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br>Result Staff:<br>   Staff:  COURT REPORTER: DEXTER, MELINDA<br>Certification Number:  4629 | 0.00 | 0.00 |
| 36 | 06/30/20 | KAMILTON1 | MOTION OF CITY OF MACKINAC ISLAND, GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS AND STRAITS OF MACKINAC ALLIANCE FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PL'S MOTION FOR PRELIMINARY INJUNCTION W/PS | 0.00 | 0.00 |
| 37 | 06/30/20 | WRIGHTT | REQUEST FOR FILM AND ELECTRONIC MEDIA COVERAGE OF COURT PROCEEDINGS | 0.00 | 0.00 |
| 38 | 06/30/20 | DLOPEZ | MOTION FEE   Receipt: 467021   Date: 07/01/2020 | 20.00 | 0.00 |
| 39 | 06/30/20 | KAMILTON1 | REQUEST FOR FILM AND ELECTRONIC MEDIA COVERAGE OF COURT PROCEEDINGS TO RECORD HRG ON 063020 @ 1:30 PM | 0.00 | 0.00 |
| 40 | 06/30/20 | KAMILTON1 | ORDER ON MOTION TO FILE AMICUS BRIEFS, GRANTS OF AMERICAN PETROLEUM AND AMERICAN FUEL AND PETROCHEMICAL THE CITY OF MACKINAC ISLAND, GRAND TRAVERS BAND OF OTTAWA AND CHIPPEWA INDIANS AND STRAITS OF MACKINAW  AND ATTYS GENERAL OHIO, INDIANA AND LOUISIANA | 0.00 | 0.00 |
| 41 | 06/30/20 | KAMILTON1 | STATEMENT PURSUANT REGARDING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF CITY OF MACKINAC ISLAND, GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS AND STRAITS OF MACKINAC ALLIANCE IN SUPPORT OF PL'S MOTION FOR PRELMINARY INJUNCTION W/PS | 0.00 | 0.00 |
| 42 | 06/30/20 | KAMILTON1 | PROOF OF SERVICE ON 062920 A COPY OF DF SUPPLEMENTAL SUBMISSION VIA EMAIL UPON COUNSEL OF RECORD | 0.00 | 0.00 |

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

---

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr  Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 43 | 06/30/20 | KAMILTON 1 | MOTION OF THE CITY OF MACKINAC ISLAND, GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS AND STRAITS OF MACKINAC ALLIANCE FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLS MOTION FOR PRELIMINARY INJUNCTION – BRIEF IN SUPPORT W/POS | 0.00 | 0.00 |
| 44 | 06/30/20 | KAMILTON 1 | DFS SUPPLEMENTAL SUBMISSION OF ADDITIONAL INTERESTED PARTY LETTERS IN SUPPORT OF DFS RESPONSE TO PL'S MOTION FOR PRELIMINARY INJUNCTION | 0.00 | 0.00 |
| 45 | 06/30/20 | KAMILTON 1 | NOTICE (LETTER FROM ACTOHIO / EXECUTIVE DIRECTOR MATTHEW SOLLOSI | 0.00 | 0.00 |
| 46 | 06/29/20 | KAMILTON 1 | ORDER GRANTING PL'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF FIVE PAGES | 0.00 | 0.00 |
| 47 | 06/29/20 | KAMILTON 1 | OHIO ATTORNEY GENERALK DAVE YOST'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF INSTANTER ON BEHALF OF THE STATE OF OHIO THE STATE INDIANA, AND THE STATE OF LOUISIANA REGARDING ECONOMIC HARM RESULTING FROM A LINE 5 SHUTDOWN – BRIEF IN SUPPORT W/PS | 0.00 | 0.00 |
| 48 | 06/29/20 | KAMILTON 1 | ORDER THAT THE COURT GRANTS DFS MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES AND ACCEPTS DF BRIEF IN RESPONSE | 0.00 | 0.00 |
| 49 | 06/29/20 | KAMILTON 1 | DFS' SUPPLEMENTAL PROCEEDINGS SUBMISSION OF CORRESPONDENCE FROM PHMSA IN SUPPORT OF DFS RESPONSE TO PL'S MOTION FOR PRELIMINARY INJUNCTION | 0.00 | 0.00 |
| 50 | 06/29/20 | KAMILTON 1 | PL'S REPLY IN SUPPORT OF MOTION FOR PRELMINARY INJUNCTION | 0.00 | 0.00 |
| 51 | 06/29/20 | KAMILTON 1 | INDEX EXHIBITS | 0.00 | 0.00 |
| 52 | 06/29/20 | KAMILTON 1 | PL'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF FIVE PAGES W/PS | 0.00 | 0.00 |
| 53 | 06/29/20 | KAMILTON 1 | DFS SUPPLEMENTAL SUBMISSION OF INTERESTED PARTY LETTERS IN SUPPORT OF DFS RESPONSE TO PL'S MOTION FOR PRELIMINARY INJUNCTION | 0.00 | 0.00 |
| 54 | 06/29/20 | JWHORTON | MOTION FEE   Receipt: 467009   Date: 06/30/2020 | 20.00 | 0.00 |

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr   Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 55 | 06/29/20 | KAMILTON 1 | DECLARATION OF MARK MAXWELL IN SUPPORT OF ENBRIDGE ENERGY, LP'S OPPOSITION TO THE PRELIMINARY INJUNCTION | 0.00 | 0.00 |
| 56 | 06/29/20 | KAMILTON 1 | AFFIDAVIT OF MIKE MOELLER IN SUPPORT OF ENBRIDGE ENERGY, LP'S OPPOSITION TO PL'S MOTION FOR PRELIMINARY INJUNCTION | 0.00 | 0.00 |
| 57 | 06/29/20 | KAMILTON 1 | EMAIL NOTICE FROM PHILLIP DEROSIER REGARDING AFFIDAVIT OF MIKE MOELLER INADVERTENLY OMITTED PAGE 15 | 0.00 | 0.00 |
| 58 | 06/29/20 | KAMILTON 1 | MOTION OF AMERICA PETROLEUM INSTITUTE ASSOCIATION OF OIL PIPE LINES AND AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DFS OPPOSITION TO PL'S MOTION FOR PRELIMINARY INJUNCTION | 0.00 | 0.00 |
| 59 | 06/29/20 | TPERKINS | MOTION FEE  Receipt: 467009  Date: 06/30/2020 | 20.00 | 0.00 |
| 60 | 06/29/20 | KAMILTON 1 | PROOF OF SERVICE ON 062620 A COPY OF AFFIDAVIT IN SUPPORT OF DF RESPONSE IN OPPOSITION TO PL'S MOTION FOR PRELIMINARY INJUNCTION UPON COUNSEL OF RECORD VIA EMAIL | 0.00 | 0.00 |
| 61 | 06/29/20 | KAMILTON 1 | INDEX OF AFFIDAVITS | 0.00 | 0.00 |
| 62 | 06/29/20 | KAMILTON 1 | DFS RESPONSE IN OPPOSITION TO PL'S MOTION FOR PRELIMINARY INJUNCTION | 0.00 | 0.00 |
| 63 | 06/29/20 | KAMILTON 1 | PROOF OF SERVICE ON 062620 A COPY OF DF RESPONSE IN OPPOSITION TO PL MOTION FOR PRELMINARY INJUNCTION VIA EMAIL UPON PARTIES OF RECORD | 0.00 | 0.00 |
| 64 | 06/29/20 | KAMILTON 1 | PROOF OF SERVICE ON 062620 A COPY OF AFFIDAVITS IN SUPPORT OF DFS RESPONSE IN OPPOSITION TO PL MOTION FOR PRELMINARY INJUNCTION VIA EMAIL UPON PARTIES OF RECORD | 0.00 | 0.00 |
| 65 | 06/29/20 | KAMILTON 1 | DFS MOTION FOR LEAVE TO FILE BRIEF EXCESS OF TWENTY PAGES  – NOTICE OF HEARING | 0.00 | 0.00 |
| 66 | 06/29/20 | TPERKINS | MOTION FEE  Receipt: 466929  Date: 06/29/2020 | 20.00 | 0.00 |

Date: 12/16/2021  15:55:23.5        Register of Actions                    Page: 8
MIJR5926   Case 1:21-cv-01057-JTN-RSK   ECF No. 11-1, PageID.312   Filed 01/14/22   Page 9 of 16
Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr    Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 67 | 06/25/20 | JLILES | HEARING SET: Event: MOTION FOR INJUNCTION/TRO  Date: 06/30/2020  Time: 1:30 pm  Judge: JAMO, JAMES S  Location: COURTROOM 7 - VETERANS MEMORIAL  Result: HEARING HELD ON THE RECORD | 0.00 | 0.00 |
| 68 | 06/25/20 | KAMILTON1 | TEMPORARY RESTRAINING ORDER | 0.00 | 0.00 |
| 69 | 06/24/20 | KAMILTON1 | DFS RESPONSE IN OPPOSITION TO PL'SM MOTION FOR TEMPORARY RESTRAINING ORDER PENDING HEARING ON MOTION FOR PRELIMINARY INJUNCTION - EXHIBITS W/PS | 0.00 | 0.00 |
| 70 | 06/23/20 | KAMILTON1 | PROOF OF SERVICE ON 062220 A COPY OF PL'S EX PARTE MOTION FOR RESTRAINING ORDER BY MAIL UPON COUNSEL OF RECORD | 0.00 | 0.00 |
| 71 | 06/23/20 | KAMILTON1 | PL'S EXPARTE MOTION FOR TEMPORARY RESTRAINING ORDER PENDING HEARING ON MOTION FOR PRELIMINARY INJUNCTION - BRIEF IN SUPPORT  - NOTICE OF HEARING W/PS | 0.00 | 0.00 |
| 72 | 06/23/20 | JWHORTON | MOTION FEE  Receipt: 466922  Date: 06/29/2020 | 20.00 | 0.00 |
| 73 | 06/22/20 | KAMILTON1 | SUPPLEMENTAL BRIEF IN SUPPORT OF DFS MOTION FOR SUMMARY DISPOSITION W/PS | 0.00 | 0.00 |
| 74 | 06/02/20 | RBUCK | TRANSCRIPT OF PROCEEDINGS | 0.00 | 0.00 |
| 75 | 06/01/20 | LCIAVA | STIPULATION AND ORDER FOR SUBMISSION OF SUPPLEMENTAL BRIEFS FOLLOWING THE MAY 22, 2020 HEARING ON THE PARTIES' MOTION FOR SUMMARY DISPOSITION - IT IS ORDERED DEF SHALL SUBMIT SUPPLEMENTAL BRIEF ADDRESSING ISSUES IDENTIFIED BY THE COURT BY 6/19/20, LIMITED TO 20 PAGES (EXCLUSIVE OF COVER PAGE, TABLES, INDEXES AND EXHIBITS).  THE PLAINTIFF SHALL RESPOND TO THE ISSUES ADDRESSED IN DEF'S SUPPLEMENTAL BRIEF BY 7/3/20, LIMITED TO 20 PAGES (EXCLUSIVE OF COVER PAGE, TABLES, INDEXES AND EXHIBITS) | 0.00 | 0.00 |
| 76 | 05/29/20 | LCIAVA | PROOF OF SERVICE - ON 5/29/20 THE STIPULATION AND ORDER FOR SUBMISSION OF SUPPLEMENTAL BRIEFS FOLLOWING THE 5/22/20 HEARING ON THE PARTIES' MOTIONS FOR SUMMARY DISPOSITION WAS SERVED UPON DANIEL P. BOCK VIA EMAIL | 0.00 | 0.00 |

Date: 12/16/2021  15:55:23 E    Register of Actions    Page: 9
MIJR5926    Case 1:21-cv-01057-JTN-RSK   ECF No. 11-1, PageID.313   Filed 01/14/22   Page 10 of 16
                                         Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions<br><br>Journal Book-Page-Nbr    Ref Nbr | Original Amt Due/<br>Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 77 | 05/22/20 | JLILES | HEARING HELD ON THE RECORD<br>The following event: MOTION FOR SUMMARY DISPOSITION scheduled for 05/22/2020 at 9:00 am has been resulted as follows:<br><br>Result: HEARING HELD ON THE RECORD<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br>Result Staff:<br>   Staff:  COURT REPORTER: DEXTER, MELINDA<br>Certification Number:   4629 | 0.00 | 0.00 |
| 78 | 05/22/20 | JLILES | HEARING HELD ON THE RECORD<br>The following event: MOTION FOR SUMMARY DISPOSITION scheduled for 05/22/2020 at 9:00 am has been resulted as follows:<br><br>Result: HEARING HELD ON THE RECORD<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br>Result Staff:<br>   Staff:  COURT REPORTER: DEXTER, MELINDA<br>Certification Number:   4629 | 0.00 | 0.00 |
| 79 | 02/20/20 | LCIAVA | ORDER - THE COURT NOW FINDS THAT THE FOLLOWING PROSPECTIVE AMICI HAVE COMPLIED WITH THE REQUIRED DISCLOSURES AND NOW ACCEPTS THEIR SUBMITTIED BRIEFS FOR CONSIDERATION: THE SIERRA CLUB, THE GREAT LAKES BUSINESS NETWORK, FOR LOVE OF WATER (FLOW) AND THE CHITY OF MACKINAC ISLAND - W/ PS | 0.00 | 0.00 |
| 80 | 02/11/20 | LCIAVA | NOTICE OF HEARING W/ PS | 0.00 | 0.00 |
| 81 | 02/11/20 | LCIAVA | BRIEF OF AMICUS CURIAE | 0.00 | 0.00 |
| 82 | 02/07/20 | LCIAVA | NOTICE OF HEARING W/ PS  (5/22/20 @ 9AM) | 0.00 | 0.00 |
| 83 | 02/07/20 | KSMITH | HEARING SET:<br>Event: MOTION FOR SUMMARY DISPOSITION<br>Date: 05/22/2020   Time: 9:00 am<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br><br>Result: HEARING HELD ON THE RECORD | 0.00 | 0.00 |
| 84 | 02/07/20 | KSMITH | HEARING SET:<br>Event: MOTION FOR SUMMARY DISPOSITION<br>Date: 05/22/2020   Time: 9:00 am<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br><br>Result: HEARING HELD ON THE RECORD | 0.00 | 0.00 |

Case 1:21-cv-01057-JTN-RSK  ECF No. 11-1, PageID.314  Filed 01/14/22  Page 11 of 16

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr  Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 85 | 02/05/20 | LCIAVA | AMENDED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF GREAT LAKES BUSINESS NETWORK - WITH BRIEF OF AMICUS CURIAE GREAT LAKES BUSINESS NETWORK - W/ PROOF OF SERVICE | 0.00 | 0.00 |
| 86 | 02/03/20 | LCIAVA | STATEMENT PURUSANT TO MCR 7.212(H)(3) AND 7.312(H)(4) REGARDING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF CITY OF MACKINAC ISLAND IN SUPPORT OF PLAINTIFF AND IN OPPOSITION TO DEFENDANTS W/ PS | 0.00 | 0.00 |
| 87 | 02/03/20 | LCIAVA | STATEMENT PURSUANT TO MCR 7.212(H)(3) AND 7.312(H)(4) REGARDING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF FOR LOVE OF WATER (FLOW) IN SUPPORT OF PLAINTIFF AND IN OPPOSITION TO DEFENDANTS W/ PS | 0.00 | 0.00 |
| 88 | 01/31/20 | JLILES | HEARING HELD ON THE RECORD<br>The following event: STATUS CONFERENCE scheduled for 01/31/2020 at 9:00 am has been resulted as follows:<br><br>Result: HEARING HELD ON THE RECORD<br>Judge: JAMO, JAMES S    Location: COURTROOM 7 - VETERANS MEMORIAL<br>Result Staff:<br>   Staff:  COURT REPORTER: DEXTER, MELINDA<br>Certification Number:  4629 | 0.00 | 0.00 |
| 89 | 01/27/20 | LCIAVA | ORDER - THE AMERICAN PETROLEUM INSTITUTE, ASSOCIATION OF OIL PIPE LINES AND AMERICAN FUEL AND PETROMECHANICAL MANUFACTURERS' MOTION TO FILE AN AMICUS BRIEF IS THEREFORE GRANTED AND THEIR BRIEF IS ACCEPTED, AND THEY DO NOT NEED TO DO ANYTHING IN RESPONSE TO THIS ORDER. W/ PS | 0.00 | 0.00 |
| 90 | 01/02/20 | KAMILTON1 | MOTION  OF AMERICAN PETROLEUM INSTITUTE, ASSOCIATION OF OIL PIPE LINE AND AMERICAN FUEL AND PETROCHEMICAL MANUFACTURERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DFS MOTION FOR SUMMARY DISPOSITION - BRIEF IN SUPPORT | 0.00 | 0.00 |
| 91 | 01/02/20 | TPERKINS | MOTION FEE   Receipt: 460469  Date: 01/02/2020 | 20.00 | 0.00 |
| 92 | 12/30/19 | WRIGHTT | MOTION OF THE CITY OF MACKINAC ISLAND FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PL - AMICUS CURIAE BRIEF OF CITY OF MACKINAC ISLAND IN SUPPORT OF PL AND IN OPPOSITION TO DEF - W/ PS | 0.00 | 0.00 |
| 93 | 12/30/19 | TPERKINS | MOTION FEE   Receipt: 460348  Date: 12/30/2019 | 20.00 | 0.00 |
| 94 | 12/12/19 | KAMILTON1 | ORDER AND NOTICE OF STATUS CONFERENCE  ON 1-31-20 @ 9 AM | 0.00 | 0.00 |

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

---

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr   Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|-----|----------------|----------|----------------------------------------------------------|---------------------------------|-------------|
| 95  | 12/11/19 | KAMILTON 1 | ORDER THAT BRIEF TO BE FILED ON 1-3-20 | 0.00 | 0.00 |
| 96  | 12/11/19 | JLILES | HEARING SET: Event: STATUS CONFERENCE  Date: 01/31/2020   Time: 9:00 am  Judge: JAMO, JAMES S   Location: COURTROOM 7 - VETERANS MEMORIAL  Result: HEARING HELD ON THE RECORD | 0.00 | 0.00 |
| 97  | 12/10/19 | KAMILTON 1 | PL'S REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY DISPOSITION W/PS | 0.00 | 0.00 |
| 98  | 12/10/19 | KAMILTON 1 | REPLY BRIEF IN SUPPORT OF DFS MOTION FOR SUMMARY DISPOSITION | 0.00 | 0.00 |
| 99  | 12/10/19 | KAMILTON 1 | MOTION LEAVE TO FILE AMICUS CURIAE BRIEF OF GREAT LAKE BUSINESS NETWORK  - BRIEF IN SUPPORT W/PS | 0.00 | 0.00 |
| 100 | 12/10/19 | LCIAVA | MOTION FEE   Receipt: 459646  Date: 12/10/2019 | 20.00 | 0.00 |
| 101 | 12/06/19 | BUCK | AMICUS CURIAE BRIEF OF FOR LOVE OF WATER (FLOW) IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY DISPOSITION AND OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY DISPOSITION | 0.00 | 0.00 |
| 102 | 12/06/19 | BUCK | PROOF OF SERVICE MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF FOR LOVE OF WATER (FLOW) IN SUPPORT OF PLAINTIFF AND IN OPPOSITION TO DEFENDANTS AND BRIEF IN SUPPORT | 0.00 | 0.00 |
| 103 | 12/06/19 | BUCK | MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF FOR LOVE OF WATER (FLOW) IN SUPPORT OF PLAINTIFF AND IN OPPOSITION TO DEFENDANTS | 0.00 | 0.00 |
| 104 | 12/06/19 | TPERKINS | MOTION FEE   Receipt: 459475  Date: 12/06/2019 | 20.00 | 0.00 |
| 105 | 11/27/19 | BUCK | ORDER FOR ADMISSION OF OUT OF STATE ATTY FOR AMICUS SIERRA CLUB WITH PS | 0.00 | 0.00 |
| 106 | 11/26/19 | KAMILTON 1 | MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE AND BRIEF AMICUS CURIAE OF THE ATTORNEYS GENERAL OF MINNESOTA CALIFORNIA AND WISCONSIN IN SUPPORT OF PL - BRIEF IN SUPPORT - AFFIDAVIT OF SERVICE | 0.00 | 0.00 |
| 107 | 11/25/19 | KAMILTON 1 | AMENDED  MOTION FOR PRO HAC VICE ADMISSION OF LAURENS H SILVER | 0.00 | 0.00 |

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions / Journal Book-Page-Nbr    Ref Nbr | Original Amt Due/ Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 108 | 11/25/19 | LCIAVA | MOTION FEE   Receipt: 458945   Date: 11/26/2019 | 20.00 | 0.00 |
| 109 | 11/18/19 | KAMILTON 1 | NOTICATION PURSUANT TO MCR 8.126(A)(1)(b) C/O LAURENS SILVER | 0.00 | 0.00 |
| 110 | 11/18/19 | KAMILTON 1 | ORDER REVERSING ADMISSION OF OUT OF STATE ATTY LAURENS SILVER | 0.00 | 0.00 |
| 111 | 11/18/19 | KAMILTON 1 | NOTICATION PURSUANT TO MCR 8.126 (A)(1)(b)   FROM STATE BAR REGARDING ELIGIBILITY | 0.00 | 0.00 |
| 112 | 11/15/19 | KAMILTON 1 | ORDER FOR ADMISSION OF OUT OF STATE ATTORNEY LAURENS SILVER | 0.00 | 0.00 |
| 113 | 11/15/19 | KAMILTON 1 | ORDER FOR ADMISSION OF OUT OF STATE ATTORNEY OF LEIGH CURRIE W/PS | 0.00 | 0.00 |
| 114 | 11/14/19 | KAMILTON 1 | MOTION FOR PRO HAC VICE ADMISSION OF LAURENS H SILVER | 0.00 | 0.00 |
| 115 | 11/14/19 | KAMILTON 1 | PL'S SIERRA CLUB MOTION FOR PARTIAL SUMMARY DISPOSITION - BRIEF IN SUPPORT W/PS | 0.00 | 0.00 |
| 116 | 11/14/19 | KAMILTON 1 | NOTICE OF APPEARANCE OF NICHOLAS LEONARD AND LAURENS H SILVER ON BEHALF OF AMICUS CURAE SIERRA CLUBX | 0.00 | 0.00 |
| 117 | 11/14/19 | DLOPEZ | MOTION FEE   Receipt: 458368   Date: 11/15/2019 | 20.00 | 0.00 |
| 118 | 11/12/19 | KAMILTON 1 | PL'S BRIEF IN OPPOSITION TO DFS MOTION FOR SUMMARY DISPOSITION | 0.00 | 0.00 |
| 119 | 11/12/19 | KAMILTON 1 | ATTY GENERAL'S MOTION FOR TEMPORARY ADMISSION OF OUT OF STATE ATTORNEY LEIGH K CURRIE - AFFIDAVIT OF LEIGH CURRIE IN SUPPORT OF ADMISSION PRO HAC VICE W/PS | 0.00 | 0.00 |
| 120 | 11/12/19 | KAMILTON 1 | DFS' RESPONSE TO PL'S MOTION FOR PARTIAL SUMMARY DISPOSITION | 0.00 | 0.00 |
| 121 | 11/12/19 | KAMILTON 1 | PROOF OF SERVICE ON 111219 A COPY OF DFS RESPONSE TO PL'S MOTION FOR PARTIAL SUMM DISP BY MAIL UPON PARTIES OF RECORD | 0.00 | 0.00 |
| 122 | 11/12/19 | TPERKINS | MOTION FEE   Receipt: 458214   Date: 11/12/2019 | 20.00 | 0.00 |

Date: 12/16/2021 15:55:23.5   Register of Actions   Page: 13
MIJR5926   Case 1:21-cv-01057-JTN-RSK   ECF No. 11-1, PageID.317   Filed 01/14/22   Page 14 of 16
Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

19-000474-CE-C30   ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al

| No. | Date of Filing | Operator | Pleadings and Actions<br>Journal Book-Page-Nbr   Ref Nbr | Original Amt Due/<br>Amt Dismissed | Balance Due |
|---|---|---|---|---|---|
| 123 | 10/24/19 | KAMILTON 1 | STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY DISPOSITION | 0.00 | 0.00 |
| 124 | 09/16/19 | KAMILTON 1 | DFS' MOTION FOR SUMMARY DISPOSITION - BRIEF IN SUPPORT - W/PS | 0.00 | 0.00 |
| 125 | 09/16/19 | KAMILTON 1 | PL'S MOTION FOR PARTIAL SUMMARY DISPOSITION - BRIEF IN SUPPORT - W/PS | 0.00 | 0.00 |
| 126 | 09/16/19 | DLOPEZ | MOTION FEE   Receipt: 454961   Date: 09/16/2019 | 20.00 | 0.00 |
| 127 | 09/16/19 | DLOPEZ | MOTION FEE   Receipt: 454951   Date: 09/16/2019 | 20.00 | 0.00 |
| 128 | 08/02/19 | KAMILTON 1 | PROOF OF SERVICE ON 080119 A COPY OF ORDER GRANTING UNOPPOSED MOTIONS FOR TEMPORARY ADMISSION OF OUT OF STATE BY MAIL UPON PARTIES OF RECOD | 0.00 | 0.00 |
| 129 | 07/30/19 | KAMILTON 1 | ORDER GRANTING UNOPPOSED  MOTION FOR TEMPORARY ADMISSION OF OUT OF STATE ATTORNEY JOSHUA RUNYAN ; ATTORNEY ALICE LOUGHRAN; ATTORNEY WILLIAM HASSLER; DAVID COBURN  WPS | 0.00 | 0.00 |
| 130 | 07/29/19 | KAMILTON 1 | UNOPPOSED  MOTION FOR TEMPORARY ADMISSION OF OUT OF STATE ATTORNEY JOSHUA RUNYAN ; ATTORNEY ALICE LOUGHRAN; ATTORNEY WILLIAM HASSLER; DAVID COBURN WPS | 0.00 | 0.00 |
| 131 | 07/29/19 | DLOPEZ | MOTION FEE   Receipt: 452251   Date: 07/29/2019 | 20.00 | 0.00 |
| 132 | 07/24/19 | KAMILTON 1 | PROOF OF SERVICE ON 072419 A COPY OF ORDER EXTENDING TIME BY MAIL UPON PARTIES OF RECORD | 0.00 | 0.00 |
| 133 | 07/23/19 | KAMILTON 1 | STIPULATION AND ORDER EXTENDING TIME FOR DEFS TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE AND PAGE LIMITS FOR INITIAL CROSS MOTION FOR SUMM DISP | 0.00 | 0.00 |
| 134 | 07/22/19 | KAMILTON 1 | APPEARANCE ON BEHALF OF DFS Attorney: ELLSWORTH, PETER H. (23657) W/PS | 0.00 | 0.00 |
| 135 | 07/12/19 | KAMILTON 1 | PROOF OF SERVICE ON070119 A COPY OF SUMMONS & COMPLAINT SERVED UPON THE CORPORATION COMPANY | 0.00 | 0.00 |
| 136 | 06/27/19 | BKIESEL | COMPLAINT FILED   Receipt: 450757   Date: 06/27/2019 | 150.00 | 0.00 |

Case 1:21-cv-01057-JTN-RSK   ECF No. 11-1, PageID.318   Filed 01/14/22   Page 15 of 16

Date: 12/16/2021  15:55:23.5        Register of Actions                              Page: 14
MIJR5926                                  Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.
LANSING, MICHIGAN 48933

```
19-000474-CE-C30    ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al
137   06/27/19   BKIESEL   SUMMONS ISSUED                                        0.00           0.00


                              Totals By:   COURT COSTS
                                                                               470.00           0.00
                                           INFORMATION
                                                                                 0.00           0.00
```

**CERTIFIED COPY**
INGHAM COUNTY CLERK BARB BYRUM
30TH JUDICIAL CIRCUIT COURT CLERK

DEC 17 2021

I hereby certify that this document is a true and correct copy of the original on file with the Court Clerk. Pursuant to the Michigan Court Rules, redactions are present, they are in accordance with law, court rule, and/or order.

_____, Deputy Clerk

MIJR5926　　Case 1:21-cv-01057-JTN-RSK   ECF No. 11-1, PageID.319   Filed 01/14/22   Page 16 of 16
Detail

INGHAM COUNTY 30TH CIRCUIT
313 W. Kalamazoo St.

LANSING, MICHIGAN 48933

---

19-000474-CE-C30　　ATTY GEN MI VS DEFENDANT: ENBRIDGE ENERGY COMPANY, INC et al
　　　　　　　　　　　　*** End of Report ***