UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL,

    Plaintiff,

v.

ENBRIDGE ENERGY LIMITED
PARTNERSHIP, et al.,

    Defendants.
_____/

Case No. 1:21-cv-1057

HON. JANET T. NEFF

### ORDER TO STRIKE

Plaintiff's Motion to Remand and Brief in Support (ECF Nos. 10 and 11) shall be stricken from the record for the reason that Plaintiff has failed to comply with the directives set forth in the Court's order (ECF No. 9) and this Court's Information and Guideline Practice for Civil Cases[1] which requires Plaintiff to serve her motion papers not later than February 2, 2022 and file a proof of service, but file her motion papers once the motion is fully briefed.  Plaintiff shall re-file the motion and brief once the motion is fully briefed.

    **IT IS SO ORDERED**.

Dated:  January 18, 2022

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge

---

[1] A copy of Judge Neff's Information and Guidelines is available on the Court's website (www.miwd.uscourts.gov).