UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL, Attorney General of the State
of Michigan, on behalf of the People of the
State of Michigan,

  Plaintiff,

v

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, ENBRIDGE ENERGY
COMPANY, INC., and ENBRIDGE ENERGY
PARTNERS, L.P.,

  Defendants.

No. 1:21-cv-01057

HON. JANET T. NEFF

**PLAINTIFF'S MOTION TO CERTIFY THIS COURT'S AUGUST 18, 2022 OPINION AND ORDER UNDER 28 U.S.C. § 1292(B)**

Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Plaintiff
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
reichelg@michigan.gov
bockd@michigan.gov

Dated:  August 30, 2022

On August 18, 2022, the Court entered its Opinion and Order denying the Plaintiff's motion to remand this matter to state court.  (ECF No. 23.)  Plaintiff believes that the Court's Opinion and Order contains rulings on several controlling issues of law about which there are substantial grounds for disagreement, and that an immediate interlocutory appeal would advance the ultimate termination of the litigation.  For this reason, and as set forth more fully in Plaintiff's brief in support of this motion, Plaintiff respectfully requests that the Court certify its Opinion and Order pursuant to 28 U.S.C. § 1292(b).

        Respectfully submitted,

/s/ *Daniel P. Bock*
Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Plaintiff
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
reichelb@michigan.gov
bockd@michigan.gov

Dated:  August 30, 2022

LF:  Enbridge Straits (AG v)/AG #2019-0253664-C-L/Motion for Certification 2022-08-30