UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF REASSIGNMENT
OF CERTAIN JUDGE NEFF CASES
_____/

Administrative
Order No. 24-CA-036

WHEREAS, the cases identified in the attached list are assigned to the Honorable Janet T. Neff; and

WHEREAS, Judge Neff has indicated that she will be unavailable to conclude proceedings in these matters;

NOW, THEREFORE, the cases in the attached list shall be reassigned as indicated.

IT IS SO ORDERED.

FOR THE COURT:

Dated: May 22, 2024

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

Cases to be reassigned to Chief Judge Hala Y. Jarbou:

    1:19-cv-10, Wolverine World Wide, Inc. v. American Ins Co., et al
    1:17-cr-264, USA v. Walker (related to 1:22-cr-162)
    1:22-cr-162, USA v. Walker, et al


Cases to be reassigned to Judge Paul L. Maloney:

    1:20-cv-277, Parker, et al v. Battle Creek Pizza, Inc., et al
    1:23-cr-139, USA v. Henry
    1:23-cr-112, USA v. Medrano
    1:23-cr-119, USA v. Ware
    1:23-cr-123, USA v. Viramones-Hernandez
    1:24-cr-22, USA v. Starks
    2:23-cr-16, USA v. Knuckles, et al


Cases to be reassigned to Judge Robert J. Jonker:

    1:20-cv-1141, Enbridge Energy, Limited Partnership et al v. Whitmer et al
    1:20-cv-1142, State of Michigan, et al v. Enbridge Energy, Ltd Partnership et al (related case)
    1:21-cv-1057, Nessel v. Enbridge Energy Limited Partnership et al (related case)
    1:19-cr-118, USA v. Fein (related to 1:24-cr-58)
    1:20-cr-110, USA v. Cheatum, et al
    1:23-cr-113, USA v. Woods
    1:23-cr-147, USA v. Mawson
    1:24-cr-16, USA v. Moody
    1:24-cr-58, USA v. Fein (related to 1:19-cr-118)


Cases to be reassigned to Judge Jane M. Beckering:

    1:16-cv-343, King v. USA
    1:23-cr-98, USA v. Connor, et al
    2:23-cr-15, USA v. St. Andre, et al