UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL, Attorney General of
the State of Michigan, on behalf of
the People of the State of Michigan,

       Plaintiffs,

v.

       CASE NO. 1:21-cv-1057

       HON. ROBERT J. JONKER

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

       Defendants.
_____/

## ORDER OF REMAND

On August 29, 2024, the United States Court of Appeals for the Sixth Circuit entered its Mandate directing this Court to remand the case to Michigan's 30th Circuit Court of the County of Ingham based on an Opinion and Judgment issued June 17, 2024.

Based on the Mandate, **IT IS SO ORDERED**.

Dated:   September 11, 2024　　　　　/s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE