

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 330 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

September 12, 2024

Clerk of Court
30th Circuit Court of Ingham County
426  S Walnut Street
Lansing, MI 48933

      Re:  Nessel v. Enbridge Energy Limited Partnership et al
          Our Case No. 1:21-cv-01057 Hon. Robert J. Jonker
          30th Circuit Case No. 19-00474-CE

Dear Court Personnel:

Pursuant to the enclosed Order of Remand to your Court filed September 11, 2024, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case are available electronically through PACER.  Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

          Sincerely,

          Ann Filkins

          CLERK OF COURT

          /s/ Jrg

          By: Deputy Clerk

encls