# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 23, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jan 27, 2025
KELLY L. STEPHENS, Clerk

Re:  Enbridge Energy, LP, et al.
v. Dana Nessel, Attorney General of Michigan, on Behalf of the
People of the State of Michigan
No. 24-783
(Your No. 23-1671)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 13, 2025 and placed on the docket January 23, 2025 as No. 24-783.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst